## 49898. LUMPKIN et al. v. CONTINENTAL INSURANCE COMPANY et al.

WEBB, Judge.

There being sufficient competent evidence in the record to support the award of the State Board of Workmen's Compensation, the order of the superior court affirming the award is affirmed.

*Judgment affirmed. Pannell, P. J., and Evans, J., concur.*

ARGUED NOVEMBER 5, 1974 — DECIDED NOVEMBER 14, 1974.

*Hayes & Hammack, Henry Arnold Hammack,* for

appellants.

*H. Baxter Harcourt, J. Larry Palmer,* for appellees.